

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 23, 2020

**By Email**

The Honorable Paul E. Davison
Chief United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** *United States v. Eric Snype et al.*, 20 Mag. 6406

Dear Judge Davison,

In light of the arrests of the defendants Eric Snype and Lonnie Avant in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

So Ordered.  6/24/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:_____
Nicholas S. Bradley
Assistant United States Attorney
(914) 993-1962