UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Eric Snype and
Lonnie Avant,
a/k/a "Magic"

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 6406

Defendant Eric Snype hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X_ teleconferencing:

X____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer

ERIC SNYPE by Susanne Brody
Defendant's Signature

(Judge may obtain verbal consent on
Record and Sign for Defendant)

Eric Snype

Print Defendant's Name

_Susanne_Brody_____/s/_____
Defendant's Counsel's Signature

_Susanne Brody_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

June 23, 2020_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge